# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE HODGES, et al, | ) |
| Plaintiffs, | ) Case No. 2:13-cv-02014-JCM-NJK |
| vs. | ) ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al | ) (Docket No. 15) |
| Defendants. | ) |

Pending before the Court is Defendant Jason Evans' Motion to Stay Discovery Pending Outcome of DA's Use of Force Investigation. Docket No. 15. The position of the other Defendants was not presented with the moving papers. Plaintiffs have filed a notice of non-opposition. Docket No. 16. The Court hereby **ORDERS** the parties to clarify whether they seek a stay of all discovery in this case, or a stay of only discovery directed to or propounded by Jason Evans. To that end, counsel shall confer on the issue no later than March 28, 2014. To the extent they agree, they shall file a stipulation so indicating no later than April 1, 2014. To the extent they do not agree, they shall file a joint statement outlining their respective positions no later than April 1, 2014.

IT IS SO ORDERED.

DATED: March 25, 2014.

NANCY J. KOPPE
United States Magistrate Judge