LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE**
**DEPARTMENT and OFFICER JASON EVANS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE HODGES, and ANNETTE HODGES, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; SHERIFF DOUGLAS GILLESPIE, individually and as policy maker of Las Vegas Metropolitan Police Department; OFFICER JASON EVANS, individually; and DOE OFFICERS 1 through 10, inclusive;<br><br>Defendants. | Case No.: 2:13-cv-02014-JCM-NJK<br><br>Order granting<br>**DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(1st Request)** |

Defendants, LAS VEGAS METROPOLITAN POLICE DEPARTMENT and OFFICER

JASON EVANS (collectively "Defendants"), by and through their counsel, Kaempfer Crowell,

hereby move for an Order extending the current dispositive motion deadline in this matter. This

Motion is based on Federal Rule of Civil Procedure 26 and Local Rule 26-4, the pleadings and

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

papers on file herein, the following Memorandum of Points and Authorities and any such oral

argument as may be set.

DATED this _5th_ day of January, 2016.

                                        KAEMPFER CROWELL

                            By: _____
                                        LYSSA S. ANDERSON (Nevada Bar No. 5781)
                                        RYAN DANIELS (Nevada Bar No. 13094)
                                        1980 Festival Plaza Drive, Suite 650
                                        Las Vegas, Nevada 89135
                                        **Attorneys for Defendants**
                                        **LAS VEGAS METROPOLITAN POLICE**
                                        **DEPARTMENT and OFFICER JASON EVANS**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.      PROCEDURAL HISTORY

Plaintiffs Antoine and Annette Hodges ("Plaintiffs") initially filed suit through attorneys

Cal Potter ("Potter") and Joseph Reiff ("Reiff") on November 1, 2013.   [Docket No. 1.]

Plaintiffs alleged various § 1983 and excessive force claims against Defendants related to the

shooting of Plaintiff Antoine Hodges by Defendant Officer Jason Evans.   On April 1, 2014, this

Court stayed discovery pending the Clark County District Attorney's determination related to the

shooting.  [Docket No. 19.] On May 23, 2014, discovery in this matter re-commenced.  [Docket

No. 21.]   On June 9, 2014, Defendant Sheriff Douglas Gillespie was dismissed.  [Docket No.

22.]

On July 8, 2015, Potter filed a Motion to Withdraw as Plaintiffs' Counsel.  [Docket No.

35.]  The Motion was granted.  [Docket No. 36.]  Thereafter, on July 28, 2015, Reiff also sought

to withdraw as Plaintiffs' attorney.  [Docket No. 38.]  On August 10, 2015, a hearing was held on

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

Reiff's Motion to Withdraw. The Court granted the Motion and directed that Plaintiffs must notify the Court of their retention of new counsel, or of their intent to proceed in Proper Person by September 9, 2015. [Docket No. 42.] In light of the foregoing, Defendants filed a Motion to Extend Discovery (5th Request). [Docket No. 43.] The Motion was granted and the new Scheduling Order provided for expert disclosures by October 26, 2015, all discovery would be completed by December 28, 2015, and the current dispositive motion deadline of January 27, 2016. [Docket No. 44.]

On September 10, 2015, this Court issued a Minute Order pertaining to a September 9, 2015 letter by Annette Hodges to the Court. [Docket No. 45.] The letter requested additional time to attempt to retain counsel. The Minute Order provided that the letter was not a Motion in proper format. [Docket No. 45.] No motion was filed on this issue by Plaintiffs. As such, on October 26, 2015, Defendants disclosed their expert reports. Additionally, prior to the close of discovery, Defendants conducted the depositions of both Plaintiffs and a witness.

On December 30, 2015, Plaintiffs filed a Motion to Reconsider this Court's Order allowing Plaintiffs' prior counsel to withdraw. [Docket No. 47.] On January 4, 2016, this Court denied the Motion and instructed Plaintiffs to retain new Counsel or proceed by January 26, 2016. [Docket No. 48.]

## II. AN EXTENSION IS WARRANTED

Good cause is shown for this extension due to the Procedural History. As detailed in the Procedural History above and as represented in various letters/pleadings filed by Plaintiffs, the Plaintiffs in this matter are currently not represented by an attorney and have not been able to retain a new attorney. Pursuant to this Court's prior Order, [Docket No. 42], Defendants sought an extension of discovery in this matter to provide Plaintiffs time to either retain new counsel or proceed with prosecuting their claims in proper person. Plaintiffs did neither. As such,

Defendants chose to proceed with discovery to preserve their defenses. After discovery closed, Plaintiffs asked this Court to reconsider its order allowing Plaintiffs' prior counsel to withdraw. While the Motion was denied by the Court, it has provided Plaintiffs additional time to retain new Counsel or proceed in proper person. Dispositive Motions are currently due January 27, 2016, one day after the Court's deadline for Plaintiffs to advise if they will be retaining new Counsel. As such, Defendants request that this deadline be extended an additional thirty (30) days to see if Plaintiffs are able to retain new counsel. This instant request is timely pursuant to LR 26-4 and is being made more than twenty-one (21) days prior to the current deadline. Defendants are not attempting to delay this matter but rather are contemplating this Court's Order which allows Plaintiffs an additional opportunity to attempt to retain new Counsel.

**A.      DISCOVERY.**

**1.      Discovery Completed To Date.**

As stated above, all discovery in this matter has been completed and discovery closed on December 28, 2015.

**2.      Discovery To Be Completed.**

No further discovery is necessary.

**3.      Reasons Why Discovery Incomplete.**

Defendants were diligent in their efforts concerning discovery and have completed all discovery. Defendants simply request the deadline to file dispositive motions be extended an additional thirty (30) days to see if Plaintiffs retain new Counsel in accord with the deadlines imposed by this Court.

/ / /

/ / /

/ / /

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1739871_1.doc  6943.70

### 4. Proposed Dates.

Defendants request that the Scheduling Order be amended to reflect the following:[1]

| Activity | Current Date | Proposed Date |
|---|---|---|
| Dispositive Motions | January 27, 2016 | February 26, 2016 |
| Proposed Joint Pretrial Order | February 26, 2016 | March 29, 2016 |

## III.   CONCLUSION

Based upon the foregoing, Defendants request the Court extend the current dispositive motion deadline for an additional thirty (30) days.

DATED this ____5th____ day of January, 2016.

KAEMPFER CROWELL

BY: _____
LYSSA S. ANDERSON (Nevada Bar No. 5781)
RYAN DANIELS (Nevada Bar No. 13094)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
**Attorneys for Defendants**
**LAS VEGAS METROPOLITAN POLICE**
**DEPARTMENT and OFFICER JASON EVANS**

## IT IS SO ORDERED.

Dated: ___January 6, 2015___

_____
NANCY J. KOPPE
United States Magistrate Judge

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

---

[1] Defendants are requesting an extension of the dispositive motion deadline, only, by thirty (30) days.

1739871_1.doc  6943.70

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE (1st Request)** was served via first class mail to each of the following:

Annette Hodges
1915 Trilly Lane
Las Vegas, NV 89156
**Plaintiff in Proper Person**

Antoine Hodges
#1142260
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
**Plaintiff in Proper Person**

DATED this 5th day of January, 2016.

_Becky Hildebrand_
an employee of Kaempfer Crowell

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

1739871_1.doc 6943.70