# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE HODGES, et al., | |
| Plaintiffs, | Case No. 2:13-cv-02014-JCM-NJK |
| vs. | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | (Docket No. 60) |
| Defendants. | |

Pending before the Court is Defendants' motion to strike Plaintiffs' filing at Docket No. 59. Docket No. 60. Plaintiffs' filing relates to a motion for summary judgment that United States District Judge James C. Mahan has already resolved. *See* Docket No. 63.

Accordingly, the Court hereby **DENIES** Defendants' motion to strike, Docket No. 60, as moot.

IT IS SO ORDERED.

DATED:   December 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge