# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE HODGES, et al., <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., <br><br>　　　　　Defendants. | Case No. 2:13-cv-02014-JCM-NJK <br><br>ORDER |

On September 6, 2016, United States District Judge James C. Mahan granted in part and denied in part Defendant Officer Evans' motion for summary judgment. Docket No. 63. On September 15, 2016, Defendant Evans filed a notice of appeal of Judge Mahan's decision. Docket No. 64. On October 28, 2016, the Ninth Circuit Court of Appeals granted Defendant's motion for voluntary dismissal of his appeal, and, on November 2, 2016, the Ninth Circuit issued its mandate dismissing Defendant's appeal. Docket Nos. 72, 74. To date, the parties have not submitted a proposed joint pretrial order. *See* Docket.

Accordingly, the Court hereby **ORDERS** the parties to submit a joint proposed pretrial order, no later than January 17, 2017.

IT IS SO ORDERED.

DATED: January 3, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge