# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE HODGES, et al., | |
| Plaintiffs, | Case No. 2:13-cv-02014-JCM-NJK |
| vs. | |
| | ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | (Docket No. 79) |
| Defendants. | |

Pending before the Court is Defendant Officer Jason Evans' motion to extend deadline to submit joint pretrial order. Docket No. 79. For good cause shown, Defendant's motion, Docket No. 79, is hereby **GRANTED**. The deadline for the parties to submit a joint pretrial order is hereby **EXTENDED** from January 17, 2017 to January 30, 2017.

IT IS SO ORDERED.

DATED: January 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge