# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE HODGES, et al., | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-02014-JCM-NJK |
| vs. | ) |
| | ) ORDER |
| METRO POLICE DEPARTMENT, et al., | ) |
| Defendant(s). | ) |

This matter is before the Court on Plaintiff Antoine Hodges' failure to update his address. In particular, the Court has received mail returned as undeliverable to Plaintiff. Docket No. 84. "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, Local Special Rule 2-2 requires that plaintiffs immediately file with the Court written notification of any change of address, and expressly warns that failure to do so may result in dismissal of the action with prejudice.

Accordingly, Plaintiff is hereby **ORDERED** to update his address to the correct address, no later than March 13, 2017. The failure to respond to this order may result in sanctions.

IT IS SO ORDERED.

DATED: February 9, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge